

# Fourth Court of Appeals
## San Antonio, Texas

October 6, 2020

No. 04-20-00138-CV

John S. **ROBISON** and Govwhiz, Inc.,
Appellants

v.

Mark E. **WATSON**, Jr.,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-14350
The Honorable Monique Diaz, Judge Presiding

# O R D E R

Sitting: Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Appellants' motion to file an amended reply brief is GRANTED. Appellants' amended reply brief was filed on October 5, 2020.

It is so **ORDERED** on October 6, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court